# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN LATTEREAL ROYAL, | CASE NO. 1:09-cv-01407-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| v. | |
| S. KNIGHT, et al., | RESPONSE DUE IN 10 DAYS |
| Defendants. | |

Plaintiff Marlin Lattereal Royal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants Clark, Gardner, Knight, and Turner have now appeared in the action.

Therefore, Defendants Clark, Gardner, Knight, and Turner shall notify the Court within **ten (10) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants Clark, Gardner, Knight, and Turner a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///

///

1

1        2.       Within 10 days from the date of service of this order, Defendants Clark, Gardner,

2                Knight, and Turner shall complete and return the Consent or Request for

3                Reassignment form.

4    IT IS SO ORDERED.

5    **Dated:**    **February 8, 2012**                    **/s/ Barbara A. McAuliffe**

                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28