# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN LATTEREAL ROYAL, | CASE NO. 1:09-cv-01407-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO PROVIDE DOCUMENTS TO THE COURT |
| v. | |
| S. KNIGHT, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Marlin Lattereal Royal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss for failure to exhaust administrative remedies on December 1, 2011. (ECF No. 23.) Plaintiff filed an opposition on December 27, 2011, and Defendants filed a reply on December 28, 2011. (ECF Nos. 24, 25.)

A review of the exhibits attached to Defendants' motion to dismiss reveals that Exhibit 3, appeal no. SATF-E 09-1819, does not include the continuation page describing Plaintiff's problem. In order to determine what claims were brought in this appeal it is necessary for the Court to review the entire appeal. Accordingly, it is HEREBY ORDERED that Defendants shall file a complete copy of appeal no. SATF-E 09-1819 within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   February 10, 2012          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1