# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN LATTEREAL ROYAL, | CASE NO. 1:09-cv-01407-BAM PC |
| Plaintiff, | ORDER VACATING ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS |
| v. | |
| S. KNIGHT, et al., | (ECF No. 30) |
| Defendants. | ORDER AMENDING ORDER DISMISSING CERTAIN CLAIMS FOR FAILURE TO STATE A COGNIZABLE CLAIM AND THE ORDER FINDING SERVICE OF THE FIRST AMENDED COMPLAINT APPROPRIATE |

Plaintiff Marlin Lattereal Royal ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 12, 2009. On September 6, 2011, pursuant to 28 U.S.C. § 1915A, the Court issued an order that this action shall proceed as one for damages on Plaintiff's first amended complaint, filed August 19, 2010, against Defendant Knight for excessive force and deliberate indifference to conditions of confinement in violation of the Eighth Amendment and retaliation in violation of the First Amendment; against Defendants Gardner and Clark[1] for failure to protect in violation of the Eighth Amendment; and against Defendant Turner for deliberate indifference to conditions of confinement

---

[1] Due to an administrative error Defendant Clark was at times identified as Defendant Adams in the order dismissing certain claims and in the order finding service of the complaint appropriate. (ECF Nos. 17 and 18.) Defendant Clark is the correct defendant.

1

in violation of the Eighth Amendment.[2] (ECF No. 17.)

On February 27, 2012, an order issued granting in part and denying in part defendants's motion for summary judgment. (ECF No. 30.) Defendants subsequently contacted the Court stating that they have not yet consented to the jurisdiction of the Magistrate Judge. Accordingly, the order issued shall be vacated and a findings and recommendation shall issue.

For the reasons set forth herein, it is HEREBY ORDERED that:

1. The order dismissing certain claims for failure to state a cognizable claim, filed September 7, 2011, and the order finding service of the first amended complaint appropriate, filed September 8, 2011, are AMENDED, and all references to Defendant Adams are corrected to read Defendant Clark; and

2. The order granting in part and denying in part Defendants' motion to dismiss is VACATED.

IT IS SO ORDERED.

Dated:   **February 27, 2012**              /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

---

[2] In the order issued September 7, 2011, Plaintiff's due process, official capacity and declaratory relief claims were dismissed.