IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN LATTEREAL ROYAL, | 1:09-cv-01407 BAM (PC) |
| Plaintiff, | ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER |
| vs. | (ECF No. 42) |
| S. KNIGHT, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Discovery in this action opened on April 16, 2012, and the discovery cut-off date is December 16, 2012. (ECF No. 38.) On October 30, 2012, Defendants filed a motion for summary judgment. (ECF No. 40.) On November 14, 2012, Defendants filed a motion to modify schedule. Defendants' move to modify the scheduling order to allow Plaintiff's deposition to be taken after the resolution of their motion for summary judgment. (ECF No. 42.) Defendants contend that, should the court grant the motion for summary judgment, the cost of taking Plaintiff's deposition will be unnecessary. In the interest of speedy and inexpensive determination of this litigation, Defendants request to have the deadline to take Plaintiff's deposition vacated and reset after determination of Defendants' motion for summary judgment.

Defendants have presented good cause to modify the scheduling order to allow

1  Plaintiff's deposition to be taken after the determination of the motion for summary judgment.
2  Accordingly, IT IS HEREBY ORDERED that should Defendants' motion for summary
3  judgment be denied in whole or in part, the discovery deadline shall be extended and
4  Defendants are granted sixty days from the date of the order deciding the motion in which to
5  depose Plaintiff.

7  IT IS SO ORDERED.
8  Dated:   **November 16, 2012**                              /s/ **Barbara A. McAuliffe**
9                                                                              UNITED STATES MAGISTRATE JUDGE